### GODDIN v. BUTLER.
#### HOCKADAY v. SAME.

(Supreme Court, Appellate Term. December 21, 1905.)

JUDGMENT—RECITALS—ARREST OF DEFENDANT.

Where it is shown upon oath and without controversy that defendant has converted to his own use money received by him in a fiduciary capacity, plaintiff is entitled to have the judgment recite that defendant is subject to arrest and imprisonment.

[Ed. Note.—For cases in point, see vol. 30, Cent. Dig. Judgment, § 409.]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Separate actions by Edmund B. Goddin and by William H. Hockaday against Richard H. Butler. From certain orders entered in each, plaintiffs appeal. Modified.

Argued before SCOTT, P. J., and BISCHOFF and MacLEAN, JJ.

Adelma H. Burd, for appellants.

PER CURIAM. Among other things, these appeals are virtually applications for modification, under section 254 of the Municipal Court act (Laws 1902, p. 1563, c. 580), of the judgments by insertion of the statement that the defendant is subject to arrest and imprisonment, to which statement the respective plaintiffs were severally entitled upon the verified and uncontroverted showing that the defendant had converted to his own use money received by him in a fiduciary capacity.

Judgments severally modified by insertion of a statement in each that the defendant is subject to arrest and imprisonment, and, as so modified, affirmed, without costs on this appeal.